HIRSCH ADELL (CSB 34208)
WILLIAM Y. SHEH (CSB 221275), and
NATALIA BAUTISTA (CSB 245669), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-mail: nataliab@rac-law.com

Attorneys for Plaintiffs

**CLOSED**

# THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERENCE L. YOUNG, on behalf of Writers' Guild-Industry Health Fund and Producer-Writer's Guild of America Pension Plan;<br><br>                    Plaintiffs,<br><br>vs.<br><br>PRODUCT INNOVATIONS, LLC., a California limited liability company; STEVEN LEWIS WEINER, an individual.<br><br>                    Defendants. | CASE NO. CV 12-01493 DDP (FFMx)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AND ENTER JUDGMENT AGAINST DEFENDANTS PRODUCT INNOVATIONS, LLC AND STEVEN LEWIS WEINER<br><br>Date: January 28, 2013<br>Time: 10:00 a.m.<br>Ctrm: 3 - 2nd Floor<br>      312 North Spring Street<br>      Los Angeles, CA 90012-4701 |

1

Plaintiff's Motion to Enforce Settlement and Enter Judgment Against Defendants Product Innovations, LLC and Steven Lewis Weiner has come before this court. After considering the evidence and argument presented, this court GRANTS Plaintiff's Motion and hereby ORDERS THAT:

1. Judgement is entered against Defendants Product Innovations, LLC and Steven Lewis Weiner, jointly and severally, in the amount of $8,791.94.
2. Plaintiff is awarded attorney's fees and costs.
3. Within 21 days from the entry of this ORDER, Plaintiff shall file a motion for attorneys' fees and Bill of Costs.

IT IS SO ORDERED:

Date: February 1, 2013

Hon. Dean D. Pregerson
United States District Judge

Submitted By:

HIRSCH ADELL,
WILLIAM Y. SHEH, and
NATALIA BAUTISTA, Members of
REICH, ADELL & CVITAN
A Professional Law Corporation

By:     /s/ Natalia Bautista
       NATALIA BAUTISTA
       Attorneys for Plaintiff
       email: nataliab@rac-law.com

2