1 | HIRSCH ADELL (CSB 34208)
2 | WILLIAM Y. SHEH (CSB 221275), and
  | NATALIA BAUTISTA (CSB 245669), Members of
3 | REICH, ADELL & CVITAN
  | A Professional Law Corporation
4 | 3550 Wilshire Blvd., Suite 2000
  | Los Angeles, California 90010-2421
5 | Telephone: (213) 386-3860
  | Facsimile: (213) 386-5583
6 | E-mail: nataliab@rac-law.com

Attorneys for Plaintiffs

# THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERENCE L. YOUNG, on behalf of Writers' Guild-Industry Health Fund and Producer-Writer's Guild of America Pension Plan;<br><br>Plaintiffs,<br><br>vs.<br><br>PRODUCT INNOVATIONS, LLC., a California limited liability company; STEVEN LEWIS WEINER, an individual.<br><br>Defendants.<br>_____ | CASE NO. CV 12-01493 DDP (FFMx)<br><br>ORDER AWARDING ATTORNEY'S FEES AND COSTS<br><br>Date: March 25, 2013<br>Time: 10:00 a.m.<br>Ctrm: 3<br>    312 N. Spring Street<br>    Los Angeles, CA 90012 |

1

Upon the motion of plaintiff for an award of attorney's fees and costs pursuant to 29 U.S.C. § 1132(g)(2)(D), good cause appearing, the motion is hereby GRANTED.

Based upon the evidence submitted, the Court FINDS that the rate of $250.00 per hour for associates is reasonable; that a total of 50.4 hours were reasonably spent on the case (including time on the fee motion), so that the fee amount is $12,802.50.

The Court THEREFORE ORDERS that an award of attorney's fees in the amount of $12,802.50 be added to the judgment entered February 4, 2013 against Defendants STEVEN LEWIS WEINER, and PRODUCT INNOVATIONS, LLC.

IT IS ADDITIONALLY ORDERED THAT costs be awarded against Defendants in the amount of $467.04 and added to the judgment entered February 4, 2013.

IT IS SO ORDERED.

DATED: March 26, 2013

_____
Hon. Dean D. Pregerson
United States District Judge

Submitted by:

REICH, ADELL & CVITAN
A Professional Law Corporation

By: /s/ Natalia Bautista
    NATALIA BAUTISTA
    Attorneys for Plaintiff

2